885 A.2d 950

IN THE MATTER OF GARY L. EDELSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 044891988)

November 17, 2005.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **GARY L. EDELSON** of **RED BANK** who was admitted to the bar of this State in 1988, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **GARY L. EDELSON** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **GARY L. EDELSON** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **GARY L. EDELSON** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.